**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-23480-CIV-GAYLES/D'ANGELO**

**J. DAVID JOHN,**

**Plaintiff,**

**vs.**

**MEGAN MARIE BOLINDER, et al.,**

**Defendants.**
_________________________________/

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**

**THIS CAUSE** is before the Court on Plaintiff J. David John's Motion to Strike filed on November 5, 2025 (DE 33). In the Motion, Plaintiff seeks to strike Defendant Megan Marie Bolinder's Motion for Attorneys' Fees (DE 32) for noncompliance with Local Rule 7.3 (DE 33 at 1-6). On October 15, 2025, the Court set an October 29, 2025 deadline for Defendant Bolinder's Motion for Attorney's Fees (DE 31). "A district court has discretion to apply the district's local rules and the Eleventh Circuit grants the district court's interpretation 'great deference.'" *Silva v. Baptist Health S. Fla., Inc.*, No. 14-CIV-21803, 2015 WL 12030094, at *1 (S.D. Fla. Apr. 14, 2015) (quoting *Reese v. Herbert,* 527 F.3d 1253, 1267 (11th Cir. 2008)). Thus, Defendant Bolinder's noncompliance with Local Rule 7.3 is excusable, because she complied with this Court's October 15, 2025 Order (DE 31), which set a deadline that abrogated the deadlines set in the Local Rule.

Nevertheless, in the interest of resolving issues without Court intervention, Plaintiff and Defendant Bolinder shall confer in advance of the November 20, 2025 hearing in an effort to resolve issuing pertaining to Defendant Bolinder's Motion for Attorney's Fees (DE 32) as required

by Local Rule 7.3. If Plaintiff and Defendant Bolinder resolve any issues related to the Motion for Attorney's Fees, the parties shall file a notice with the Court **by November 18, 2025**, stating the issues that were resolved and therefore do not require Court intervention. Accordingly, Plaintiff's Motion to Strike (DE 33) is **DENIED**.

**DONE and ORDERED** in Chambers in Miami, Florida on this 5th day of November, 2025.

ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: *Pro Se* Plaintiff J. David John
All Counsel of Record