UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-23480-GAYLES/D'ANGELO

J. DAVID JOHN,

    Plaintiff,

v.

MEGAN MARIE BOLINDER, et al.,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the Omnibus Report and Recommendation of Magistrate Judge Ellen F. D'Angelo (the "Report"). [ECF No. 43]. On August 7, 2025, this Court referred the case to Judge D'Angelo for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 15]. Defendant Megan Bolinder ("Defendant Bolinder") subsequently filed a Motion to Designate Plaintiff a Vexatious Litigant [ECF No. 27] and a Motion for Attorney's Fees [ECF No. 32]. On February 2, 2026, Judge D'Angelo issued her Report recommending that the Motion to Designate Plaintiff a Vexatious Litigant be denied and that the Motion for Attorney's Fees be granted in part. [ECF No. 43]. Plaintiff timely objected to the Report. [ECF No. 44].

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made

are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge D'Angelo's well-reasoned analysis and conclusions that the Motion to Designate Plaintiff as a Vexatious Litigant should be denied and that the Motion for Attorney's Fees should be granted in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)  The Report and Recommendation, [ECF No. 43], is ADOPTED in full.

(2)  Defendant Bolinder's Motion to Designate Plaintiff as a Vexatious Litigant, [ECF No. 27], is DENIED.

(3)  Defendant Bolinder's Motion for Attorney's Fees, [ECF No. 32], is GRANTED IN PART. Defendant Bolinder shall be awarded $7,185.20 in reasonable attorney's fees, pursuant to the Court's inherent authority, based on Plaintiff's bad faith in conducting this litigation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of February, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE